FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   JAN 29 2020   ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARON GRAY,

                  Plaintiff,

-against-

NELSON GOMEZ,

                  Defendants.
------------------------------------------------------------X

**REPORT & RECOMMENDATION**
**19 CV 4746 (PKC)(LB)**

**BLOOM, United States Magistrate Judge:**

    Plaintiff commenced this action against defendant on August 18, 2019, ECF No. 1, and the summons was issued on the same day, ECF No. 4. The Federal Rules of Civil Procedure provide that:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Under Rule 4(m), plaintiff was required to serve defendant with the complaint and summons by November 18, 2019. On November 15, 2019, plaintiff requested an extension of time to serve defendant. ECF No. 7. The Court granted plaintiff's request and extended plaintiff's deadline to serve defendant to January 3, 2020. ECF No. 8. As of the date of this Report, the Court's record does not reflect that plaintiff has properly served defendant. Because plaintiff has failed to file proof of service or show good cause why service was not timely effected on defendant, it is respectfully recommended that plaintiff's action should be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**FILING OF OBJECTIONS TO THIS REPORT AND RECOMMENDATION**

    Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b)(2) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written

1

objections. See also Fed. R. Civ. P. 6.  Such objections (and any responses to objections) shall be filed with the Clerk of the Court.  Any request for an extension of time to file objections must be made within the fourteen-day period. Failure to file a timely objection to this Report generally waives any further judicial review.  Marcella v. Capital Dist. Physicians' Health Plan, Inc., 293 F.3d 42, 46 (2d Cir. 2002); Small v. Sec'y of Health & Human Servs., 892 F.2d 15, 16 (2d Cir. 1989); see Thomas v. Arn, 474 U.S. 140 (1985).

SO ORDERED.

/S/ Judge Lois Bloom
LOIS BLOOM
United States Magistrate Judge

Dated: January 29, 2020
       Brooklyn, New York